

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00173-CV

KEITH ANTHONY RAMOS, M.D., AND ZORALY NUNEZ RAMOS
v.
NATIONSTAR MORTGAGE, LLC, AND WELLS FARGO BANK,
NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE
TRUST PASS-THROUGH CERTIFICATES, SERIES 2007-4

On Appeal from the
93rd District Court of Hidalgo County, Texas
Trial Court Cause No. C-0416-15-B-1

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

November 3, 2022